Resolution of Board of Directors
of
**TBH19, LLC, a Delaware Limited Liability Company**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **LMR-TBH, LLC, Manager of Debtor by Leonard M. Ross, Manager of Debtor's Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **LMR-TBH, LLC, Manager of Debtor by Leonard M. Ross, Manager of Debtor's Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **LMR-TBH, LLC, Manager of Debtor by Leonard M. Ross, Manager of Debtor's Manager** of this Corporation is authorized and directed to employ **Robert M. Yaspan 051867**, attorney and the law firm of **Law Offices of Robert M. Yaspan** to represent the corporation in such bankruptcy case.

Date  **November 22, 2019**                             Signed _____

Date  **November 22, 2019**                             Signed _____