ROBERT M. YASPAN, SBN 051867
JOSEPH G. McCARTY, SBN 151020
DEBRA R. BRAND, SBN 162285
LAW OFFICES OF ROBERT M. YASPAN
21700 Oxnard Street, Suite 1750
Woodland Hills, California 91367
Telephone: (818) 905-7711
Facsimile: (818) 501-7711

*[Proposed] General Counsel for Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:<br><br>TBH19 LLC, a Delaware limited liability company<br><br>Debtor | Chapter No.: 11<br><br>Case No.: 2:19-bk-23823-VZ<br><br>DECLARATION OF TATYANA MENACHIAN RE SERVICE OF EMERGENCY MOTIONS AND ORDER SETTING HEARING ON FIRST DAY MOTIONS<br><br>Date:    December 10, 2019<br>Time:   11:00 a.m.<br>Place:  Courtroom 1368<br>          255 E. Temple<br>          Los Angeles, CA 90012 |

I, Tatyana Menachian declare as follows:

1. I am a paralegal at the Law Offices of Robert M. Yaspan, the [Proposed] General Counsel for Debtor-in-Possession. I have firsthand knowledge of the facts contained herein, and if called as witness, I am competent to testify thereto.

1

2. On December 3, 2019, prior to 5:00 p.m., I, along with other legal assistants for the office, under my direction, provided telephonic notice of the following emergency motions to those individuals listed on Exhibit A:

> A. Debtor's Emergency Motion for the Authority T: (A) Use Cash Collateral on an Interim Basis Pending a Final Hearing; (B) Granting Replacement Liens; and (c) Set Final Hearing;
>
> B. Emergency Motion for Order Under 11 U.S.C. Sections 105(a) and 366 (1) Prohibiting Utilities from Discontinuing, Altering, or Refusing Service; and (2) Establishing Procedures for Determining Adequate Assurances of Payment; and
>
> C. Emergency Motion for Order Authorizing Payment of Prefiling Payroll.

(collectively "Emergency Motions").

3. Exhibit A, attached hereto, also sets forth the times each office was called and to whom we spoke when we provided telephonic notice of the Emergency Notices. The notice we provided, in essence, stated that we were calling to give the persons notice that in the bankruptcy case, In re TBH 19 LLC filed in the Central District of California as Case No.: 2:19-bk-23823 VZ, on December 10, 2019 at 11:00 a.m. in Courtroom 1368 of the Federal Courthouse located at 255 East Temple Street, Los Angeles, California 90012, the Debtor in Possession, TBH 19 LLC, will be bringing the Emergency Motions on shortened time. We named each of the Emergency Motions.

4. In addition, on December 3, 2019, I, and other legal assistants under my direction, emailed, faxed and mailed via overnight service copies of the Motions and Order to all the Creditors of the Debtor. Attached hereto as Exhibit B is a list of the creditors that were provided notice and the method of service that was utilized.

5.    Two creditors were not able to receive the overnight packages. The two creditors listed below will receive the Motions and related documents by Thursday, December 5, 2019 by 10:00 a.m.

Arendt & Medenarch SA
41A Avenue JF Kennedy L-2082
Luxembourg

Steven A. Woods
701 Brazoa Street Ste 1500
Austin, TX 78701

I declare under penalty of perjury that the preceding is true and correct under the laws of the United States of America and the State of California.

Executed on December 4, 2019 at Woodland Hills, California.

_____
Tatyana Menachian, Declarant

# Exhibit A

# TELEPHONIC NOTICE

Kelly L. Morrison
Office of the United States Trustee
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
kelly.l.morrison@usdoj.gov
2:40 p.m. Spoke to Ms. Morrison, she received copy by ECF.

Employment Development Department Bankruptcy Group
MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001
CDBankruptcyGroup.Tax@edd.ca.gov
2:46 p.m. Spoke to Clarence M.

State Board of Equalization
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029
stevenshephard@cdtfa.ca.gov
Legal division 916-445-3678 Daniel Rose
Steven Shepard
2:49 p.m. Spoke to Kelly Lee.

Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812
FEDEX: Franchise Tax Board
Sacramento CA 95827-1500
2:51 p.m. Spoke to Lauren Ferebee, would like a copy by email to lauren.ferebee@ftb.ca.gov

Advanced Computers and Graphics
918 W. Glenoaks Blvd.
Glendale, CA 91202
3:00 p.m. Left a Voicemail

Amy P. Lally
1999 Avenue of the Stars, 17th Flr
Los Angeles, CA 90013
alally@sidley.com
3:05 p.m. Left a Voicemail.

Arendt & Medenarch SA
41A Avenue JF Kennedy L-2082
Luxembourg
Due to time difference, was not able to call.

Chimney Hill Properties Ltd
1013 North Beverly Drive
Beverly Hills, CA 90210
3:15 pm Spoke to L. Ross

City of Beverly Hills
PO Box 845806
Los Angeles, CA 90084
utilitybilling@beverlyhills.org
3:14 p.m. would like an email copy. As well as hard copy to 455 N. Rexford Dr. Beverly Hills, CA 90210.

David B. Shemano
1801 Century Part East, Suite 1600
Los Angeles, CA 90067
dshemano@shemanolaw.com
3:17 p.m. left Voicemail.

DBD Credit Funding LLC
1345 Avenue of the Americas
46th Floor
New York, NY 10105
Represented by attorneys Sidley Austin LLP. Carly Cortez contacted attorney.

Glorya Kaufman
c/o Harvey Bookstein
11766 Wilshire Blvd 9th Floor
Los Angeles, CA 90025
3:18 p.m. Left Voicemail.

Gustavo Francisco Reynoso
2237 W. Francisquito Ave
West Covina, CA 91790
3:26 p.m. Left Voicemail.

HAR-BD LLC
c/o Armanino LLP
11766 Wilshire Blvd, 9th Floor
Los Angeles, CA 90025
3:18 p.m. Left Voicemail.

James Andrew Hinds Jr.
Hinds & Shankman LLP
21257 Hawthorne Blvd 2nd Floor
Torrance, CA 90503
jhinds@jhindslaw.com   mduran@jhindslaw.com
3:29 p.m. spoke to Mr. Hinds. He received ECF notice. He pointed out we do not have to serve via FedEx.

Law Office of David Giles
10440 N. Central Expressway
Dallas, TX 75231
3:34 p.m. left voicemail.

Leonard M. Ross
PO Box 10539
Beverly Hills, CA 90213
3:15 pm Spoke to L. Ross


Luan K. Phan
1901 Avenue of the Stars, Ste 277
Los Angeles, CA 90067
lphan@pblawgroup.net
3:37 p.m. left voicemail.

Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054
Los Angeles County Tax Collector
225 North Hills Street Rm 122
Los Angeles, CA 90012
bankruptcy@ttc.lacounty.gov
213-974-7803 phone 916-845-7583
3:42 p.m. left voicemail for Oscar Estrada.

Spectrum
PO Box 60074
City of Industry, CA 91716
Need to Fax: 704-697-4612

Michael D. Murphy
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212
mmurphy@ecjlaw.com
3:47 p.m. Spoke to Mr. Murphy, would like an email copy of all motions to
mmurphy@ecjlaw.com


Merri Jean Ross
9530 Hidden Valley Road
Beverly Hills, CA 90210
3:52 p.m. Spoke to Ms. Ross.


Martin N. Burton
2026 Hilldale Drive
La Canada Flintridge, CA 91011
mburton@mburtonlaw.com
4:00 p.m. Left voicemail.


Summer Saad
17010 Wst Sunset Apt 23
Pacific Palisades, CA 90272
3:41 Carly Cortez spoke to Ms. Saad.


Request for Special Notice
Samuel A. Newman
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
sam.newman@sidley.com
3:50 p.m. Carly Cortez left notice with his secretary, Liandra Dixon.

Robert Meylan
444 S. Flower Street, Ste 1850
Los Angeles, CA 90071
rmeylan@mdjalaw.com
3:34 p.m. Carly Cortez left notice with Brook Pattorson.

Rossco Holdings Inc
PO Box 10539
Beverly Hills, CA 90213
3:15 pm Spoke to L. Ross

Southern California Edison
PO Box 300
Glendale, CA 91202
Southern California Edison
2244 Walnut Grove Avenue, 3rd Floor
Rosemead, CA 91770
3:33 p.m. Carly Cortez called, no answer and no voicemail.

Smuggler Inc
823 Seward St Unit B
Los Angeles, CA 90038
3:11 p.m. Carly Cortez spoke to Andrew. Would like an email copy to
andrew@smugglersite.com

Steven A. Woods
701 Brazoa Street Ste 1500
Austin, TX 78701
3:05 p.m. Carly Cortez called, no answer and no voicemail.

Request for Special Notice
Genevieve G. Weiner
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
gweiner@sidley.com
3:11 p.m. Carly Cortez left a voicemail.

# Exhibit B

Honorable Vincent P. Zurzolo
United States Bankruptcy Court
255 E. Temple Street, Suite 1360 / Courtroom 1368
Los Angeles, CA 90012
Proof of Service of Notice of Motion
Overnight Mail

Kelly L. Morrison
Office of the United States Trustee
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
Via Overnight Mail

Employment Development Department Bankruptcy
Group, MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001
CDBankruptcyGroup.Tax@edd.ca.gov

State Board of Equalization
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029
stevenshephard@cdtfa.ca.gov
Legal division 916-445-3678 Daniel Rose
Steven Shepard

Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812
FEDEX: Franchise Tax Board
Sacramento CA 95827-1500 Via Overnight Mail

Advanced Computers and Graphics
918 W. Glenoaks Blvd.
Glendale, CA 91202
Via Overnight Mail

Amy P. Lally
1999 Avenue of the Stars, 17th Flr
Los Angeles, CA 90013
Via Overnight Mail

Arendt & Medenarch SA
41A Avenue JF Kennedy L-2082
Luxembourg
Via Overnight Mail Delivery by 12/5/19 by 10:00am

Chimney Hill Properties Ltd
1013 North Beverly Drive
Beverly Hills, CA 90210
Via Overnight Mail

City of Beverly Hills
PO Box 845806
Los Angeles, CA 90084
utilitybilling@beverlyhills.org

David B. Shemano
1801 Century Part East, Suite 1600
Los Angeles, CA 90067
Via Overnight Mail

DBD Credit Funding LLC
1345 Avenue of the Americas
46th Floor
New York, NY 10105
Via Overnight Mail

Glorya Kaufman
c/o Harvey Bookstein
11766 Wilshire Blvd 9th Floor
Los Angeles, CA 90025
Via Overnight Mail

Gustavo Francisco Reynoso
2237 W. Francisquito Ave
West Covina, CA 91790
Via Overnight Mail

HAR-BD LLC
c/o Armanino LLP
11766 Wilshire Blvd, 9th Floor
Los Angeles, CA 90025
Via Overnight Mail

James Andrew Hinds Jr.
Hinds & Shankman LLP
21257 Hawthorne Blvd 2nd Floor
Torrance, CA 90503
Via Overnight Mail

Law Office of David Giles
10440 N. Central Expressway
Dallas, TX 75231
Via Overnight Mail

Leonard M. Ross
PO Box 10539
Beverly Hills, CA 90213

Luan K. Phan
1901 Avenue of the Stars, Ste 277
Los Angeles, CA 90067
Via Overnight Mail

Los Angeles County Tax Collector
225 North Hills Street Rm 122
Los Angeles, CA 90012
bankruptcy@ttc.lacounty.gov
cfortier@ttc.lacounty.gov
213-974-7803 phone 916-845-7583

Spectrum
PO Box 60074
City of Industry, CA 91716
Fax: 704-697-4612

Michael D. Murphy
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212
Via Overnight Mail

Merri Jean Ross
9530 Hidden Valley Road
Beverly Hills, CA 90210
Via Overnight Mail

Martin N. Burton
2026 Hilldale Drive
La Canada Flintridge, CA 91011
Via Overnight Mail

Summer Saad
17010 Wst Sunset Apt 23
Pacific Palisades, CA 90272
Via Overnight Mail

*Request for Special Notice*
Samuel A. Newman
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Via Overnight Mail

Robert Meylan
444 S. Flower Street, Ste 1850
Los Angeles, CA 90071
Via Overnight Mail

Rossco Holdings Inc
PO Box 10539
Beverly Hills, CA 90213

Southern California Edison
2244 Walnut Grove Ave 3rd Floor
Rosemead CA 91770
Via Overnight Mail

Smuggler Inc
823 Seward St Unit B
Los Angeles, CA 90038
Via Overnight Mail

Steven A. Woods
701 Brazoa Street Ste 1500
Austin, TX 78701
Via Overnight Mail Delivery by 12/5/19 10:00am

*Request for Special Notice*
Genevieve G. Weiner
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Overnight Mail

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 21700 Oxnard Street, Suite 1750, Woodland Hills, CA 91367

A true and correct copy of the foregoing document entitled (*specify*): DECLARATION OF TATYANA MENACHIAN RE SERVICE OF EMERGENCY MOTIONS AND ORDER SETTING HEARING ON FIRST DAY MOTIONS will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 4, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **James Andrew Hinds**   jhinds@jhindslaw.com, mduran@jhindslaw.com
- **Daniel A Lev**   dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;dlev@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com
- **Kelly L Morrison**   kelly.l.morrison@usdoj.gov
- **Samuel A Newman**   sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com
- **David B Shemano**   dshemano@shemanolaw.com
- **Rachel M Sposato**   rsposato@jhindslaw.com, mduran@jhindslaw.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Genevieve G Weiner**   gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com
- **Robert M Yaspan**   court@yaspanlaw.com, tmenachian@yaspanlaw.com

**2. SERVED BY UNITED STATES MAIL**:
On                , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                       **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 4, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Vincent P. Zurzolo
United States Bankruptcy Court
255 E. Temple Street, Suite 1360 / Courtroom 1368
Los Angeles, CA 90012
Via Federal Express Overnight Mail

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 4, 2019 | Tatyana Menachian | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE