| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Samuel A. Newman (SBN 217042)<br>sam.newman@sidley.com<br>Genevieve G. Weiner (SBN 254272)<br>gweiner@sidley.com<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>Telephone: 213.896.6000<br>Facsimile: 213.896.6600<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for:  DBD Credit Funding LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>TBH19, LLC, a Delaware limited liability company,<br><br><br><br><br><br><br>Debtor(s) | CASE NO.: 2:19-bk-23823-VZ<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE** |
|---|---|

PLEASE TAKE NOTE that the order titled  APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE

was lodged on (*date*) 12/4/2019 and is attached.  This order relates to the motion which is docket number 62.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                               Page 1                            **F 9021-1.2.BK.NOTICE.LODGMENT**

ACTIVE 251718839

Attachment
[Proposed/Lodged] Order

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Samuel A. Newman (SBN 217042)<br>sam.newman@sidley.com<br>Genevieve G. Weiner (SBN 254272)<br>gweiner@sidley.com<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>Telephone: 213.896.6000<br>Facsimile: 213.896.6600<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* DBD Credit Funding LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –LOS ANGELES DIVISION**

| In re:<br><br>TBH19, LLC, a Delaware limited liability company,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:19-bk-23823-VZ<br>CHAPTER: 11<br><br>**ORDER:**<br><br>☐ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

**Movant** (*name*): DBD Credit Funding LLC

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*:  (I) CREDITOR DBD CREDIT FUNDING LLC'S MOTION FOR AN ORDER FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; (II) DECLARATION OF WILLIAM TURNER; AND (III) DECLARATION OF GENEVIEVE G. WEINER

   b. *Date of filing of motion:* December 4, 2019

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: December 4, 2019

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

   b. ☐ The Application is granted, and it is further ordered that:

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                                    Page 1                                            **F 9075-1.1.ORDER.SHORT.NOTICE**

(1) ☐  A hearing on the motion will take place as follows:

| **Hearing date:** | **Place:** |
| --- | --- |
| **Time:** | ☒ 255 East Temple Street, Los Angeles, CA 90012 |
| **Courtroom:** 1368 | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
|  | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
|  | ☐ 411 West Fourth Street, Santa Ana, CA 92701 |
|  | ☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☐  No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) _Deadlines:_ | (B) _Persons/entities to be provided with telephonic notice:_ |
| --- | --- |
| Date: | |
| Time: | |
| | ☐ See attached page |
| | (C) _Telephonic notice is also required upon_ the United States trustee |

(3) ☐  No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:    ☐ one of the methods checked    ☐ all of the methods checked

(A)  ☐ Personal Delivery    ☐ Overnight Mail    ☐ First class mail    ☐ Facsimile*    ☐ Email*

| (B) _Deadlines:_ | (C) _Persons/entities to be served with written notice and a copy of this order:_ |
| --- | --- |
| Date: | |
| Time: | |
| | ☐ See attached page |
| | (D) S_ervice is also required upon_:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's copy personally delivered to chambers<br>    (*see Court Manual for address*) |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 2                                    **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☐ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☐ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

---

(B) *Deadlines:*
Date:

Time:

(C) *Persons/entities to be served with motion, declarations, supporting documents:*

☐ See attached page

(D) *Service is also required upon*:
-- United States trustee *(no electronic service permitted)*
-- Judge's copy personally delivered to chambers
   (*see Court Manual for address*)

---

(5) ☐ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

---

(B) *Deadlines:*
Date:

Time:

(C) *Persons/entities to be served with written opposition to the motion:*
-- movant's attorney (or movant, if movant is not represented by an attorney)

(D) *Service is also required upon*:
-- United States trustee (*electronic service is not permitted*)
-- Judge's copy personally delivered to chambers
   (*see Court Manual for address*)

---

(6) ☐ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 3    **F 9075-1.1.ORDER.SHORT.NOTICE**

|  |  |
|---|---|
| (B) *Deadlines:*<br>    Date:<br><br>    Time: | (C) *Persons/entities to be served with written reply to opposition:*<br>    -- All persons/entities who filed a written opposition<br><br>(D) *Service is also required upon:*<br>    -- United States trustee *(electronic service is not permitted)*<br>    -- Judge's Copy personally delivered to chambers<br>      (*see Court Manual for address*) |

(7) ☐  Other requirements:

(8) ☐  No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☐  at least 2 days before the hearing.
>
> ☐  no later than:    Date:              Time:

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                Page 4                        **F 9075-1.1.ORDER.SHORT.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

555 West Fifth Street, 40th Floor, Los Angeles, California 90013

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 4, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) December 4, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 4, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/4/2019 | Pamela Santos | /s/Pamela Santos |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 2      **F 9021-1.2.BK.NOTICE.LODGMENT**

ACTIVE 251718839

## SERVICE LIST

| Via ECF Notice | |
|---|---|
| James Andrew Hinds | jhinds@jhindslaw.com, mduran@jhindslaw.com |
| Daviel A. Lev | dlev@sulmeyerlaw.com, asolokowski@sulmeyerlaw.com, dlev@inforuptcy.com, dwalker@sulmeyerlaw.com |
| Kelly L. Morrison | kelly.l.morrison@usdoj.gov |
| David B. Shemano | dshemano@shemanolaw.com |
| Rachel M. Sposato | rsposato@jhindslaw.com, mduran@jhindslaw.com |
| United States Trustee | ustpregion16.la.ecf@usdoj.gov |
| Robert M. Yaspan | court@yaspanlaw.com, tmenachian@yaspanlaw.com |

| Via U.S. First Class Mail | |
|---|---|
| Debtor:<br>TBH19, LLC<br>269 S. Beverly Drive, Suite 1075<br>Los Angeles, CA 90212 | Law Office of David Giles<br>10440 N. Central Expressway<br>Dallas, TX 75231 |
| James Andrew Hinds Jr.<br>Hinds & Shankman LLP<br>21257 Hawthorne Blvd 2nd Floor<br>Torrance, CA 90503 | Leonard M. Ross<br>PO Box 10539<br>Beverly Hills, CA 90213 |
| Employment Development<br>Department Bankruptcy Group<br>MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Luan K. Phan<br>1901 Avenue of the Stars, Ste. 277<br>Los Angeles, CA 90067 |
| State Board of Equalization<br>Account Information Group, MIC: 29<br>P.O. Box 942879<br>Sacramento, CA 94279-0029 | Los Angeles County Tax Collector<br>PO Box 54110<br>Los Angeles, CA 90054 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | Spectrum<br>PO Box 60074<br>City of Industry, CA 91716 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                     Page 3                       **F 9021-1.2.BK.NOTICE.LODGMENT**

ACTIVE 251718839

| | |
|---|---|
| Advanced Computers and Graphics<br>918 W. Glenoaks Blvd.<br>Glendale, CA 91202 | Michael D. Murphy<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212 |
| Gustavo Francisco Reynoso<br>2237 W. Francisquito Ave<br>West Covina, CA 91790 | Merri Jean Ross<br>9530 Hidden Valley Road<br>Beverly Hills, CA 90210 |
| Arendt & Medenarch SA<br>41A Avenue JF Kennedy L-2082<br>Luxembourg | Martin N. Burton<br>2026 Hilldale Drive<br>La Canada Flintridge, CA 91011 |
| Chimney Hill Properties Ltd<br>1013 North Beverly Drive<br>Beverly Hills, CA 90210 | Summer Saad<br>17010 West Sunset Apt 23<br>Pacific Palisades, CA 90272 |
| City of Beverly Hills<br>P.O. Box 845806<br>Los Angeles, CA 90084 | Robert Meylan<br>444 S. Flower Street, Ste 1850<br>Los Angeles, CA 90071 |
| HAR-BD LLC<br>c/o Armanino LLP<br>11766 Wilshire Blvd, 9th Floor<br>Los Angeles, CA 90025 | Rossco Holdings Inc.<br>P.O. Box 10539<br>Beverly Hills, CA 90213 |
| Steven A. Woods<br>701 Brazoa Street Ste. 1500<br>Austin , TX 78701 | Southern California Edison<br>P.O. Box 300<br>Glendale, CA 91202 |
| Glorya Kaufman<br>c/o Harvey Bookstein<br>11766 Wilshire Blvd, 9th Floor<br>Los Angeles, CA 90025 | Smuggler Inc.<br>823 Seward St. Unit B<br>Los Angeles, CA 90038 |
| Via Messenger | |
| The Hon. Vincent P. Zurzolo<br>United States Bankruptcy Court<br>Central District of California - Chambers Copy<br>255 E. Temple Street, Suite 1360 / Courtroom 1368<br>Los Angeles, CA 90012 | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                         Page 4                        **F 9021-1.2.BK.NOTICE.LODGMENT**

ACTIVE 251718839