PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
KELLY L. MORRISON, State Bar No. 216155
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Ste. 1850
Los Angeles, California 90017
(213) 894-2656 telephone
(213) 894-2603 facsimile
Email: Kelly.L.Morrison@*usdoj.gov*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

TBH19 LLC, a Delaware limited liability company,

Debtor.

Case No.: 2:19-bk-23823-VZ

Chapter 11

**UNITED STATES TRUSTEE'S OPPOSITION TO DEBTOR'S MOTION FOR AUTHORITY FOR CONTINUED (A) USE OF CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING; (B) GRANT REPLACEMENT LIENS AND (C) SET FINAL HEARING (DOC. No. 133)**

**Hearing:**
DATE:  January 28, 2020
TIME:  11:00 a.m.
CTRM:  255 E. Temple Street, 1368
       Los Angeles, CA 90012

**TO THE HONORABLE VINCENT ZURZOLO, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, DEBTOR AND DEBTOR'S ATTORNEY, CREDITORS AND ALL PARTIES IN INTEREST:**

///

///

///

- 1 -

The United States Trustee ("U.S. Trustee") hereby submits his opposition ("Opposition") to the Debtor's Motion for Authority for Continued (A) Use of Cash Collateral on an Interim Basis Pending a Final Hearing; (B) Grant Replacement Liens and (C) Set Final Hearing ("Cash Collateral Motion"), Docket No. 133.

## ARGUMENT

By way of the Cash Collateral Motion, Debtor seeks Court approval to continue its use of cash collateral and relies in part on an attached budget.[1] Among other things, Debtor states in the Cash Collateral Motion that in 2018, the gross rental income for the Property was in excess of $3,000,000.[2] The Cash Collateral Motion does not disclose the Debtor's income for 2019.

That said, in another recently filed pleading, the Debtor's Motion to Continue Hearing on Motion of Debtor to Borrow Money and to Grant Administrative Priority to Lender ("Motion to Continue") (Doc. No. 146), Debtor stated that there were errors in the Debtor's income calculations for the years 2018 and 2019 and the Debtor was not prepared to go forward with the Debtor's Motion to Borrow on January 14, 2020.[3]

Section 363(e) states that "on request of an entity that has an interest in property used, sold, or leased, or proposed to be used, sold, or leased, by the trustee, the court, with or without a hearing, shall prohibit or condition such use, sale or lease as is necessary to provide adequate protection of such interest." 11 U.S.C. § 363(e).

Since the filing of the Motion to Continue, no new financial information has been provided by Debtor in the Debtor's court filings. As a result, the U.S. Trustee is wholly unable to evaluate whether the request made in the Cash Collateral Motion is appropriate in light of the financial position of the Debtor.

Given the Debtor's admission that the financial information for 2018 is incorrect and further, given the failure of the Debtor to provide updated (corrected) information for 2018 or any

---

[1] See Cash Collateral Motion at 7:22-25.

[2] See Cash Collateral Motion at 3:19-22.

[3] See Motion to Continue at 2:17-27.

- 2 -

information at all for 2019, the Debtor has not demonstrated that it can provide adequate protection. Therefore, the U.S. Trustee requests that the Court deny the Cash Collateral Motion, or in the alternative, continue the hearing on the Cash Collateral Motion until the Debtor can provide a corrected financial history for the Debtor.

## CONCLUSION

Based on the foregoing, the U.S. Trustee prays that this Court deny the Cash Collateral Motion, or in the alternative, hear the Cash Collateral Motion only after the above concerns are adequately addressed and the Cash Collateral Motion is supplemented with additional, admissible evidence.

DATED: January 15, 2020

PETER C. ANDERSON
UNITED STATES TRUSTEE

*Kelly L. Morrison*
By:    KELLY L. MORRISON
         Trial Attorney

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017-1574**

A true and correct copy of the foregoing document entitled (*specify*): **UNITED STATES TRUSTEE'S OPPOSITION TO DEBTOR'S MOTION FOR AUTHORITY FOR CONTINUED (A) USE OF CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING; (B) GRANT REPLACEMENT LIENS AND (C) SET FINAL HEARING (DOC. No. 133)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 15, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On ___**January 15, 2020**___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 15, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 15, 2020 | Stephanie Hill | *Stephanie Hill* |
|---|---|---|
| Date | Print Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
   James Andrew Hinds, creditor's counsel, jhinds@jhindslaw.com, mduran@jhindslaw.com
   Daniel A Lev, creditor's counsel, dlev@sulmeyerlaw.com,
   asokolowski@sulmeyerlaw.com;dlev@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com
   Kelly L Morrison, counsel for UST, kelly.l.morrison@usdoj.gov
   Samuel A Newman, creditor's counsel, sam.newman@sidley.com, samuel-newman-
   2492@ecf.pacerpro.com;ladowntownefilingnotice@sidley.com
   David B Shemano, creditor's counsel, dshemano@shemanolaw.com
   Rachel M Sposato, creditor's counsel, rsposato@jhindslaw.com, mduran@jhindslaw.com
   United States Trustee (LA), UST, ustpregion16.la.ecf@usdoj.gov
   Genevieve G Weiner, creditor's counsel, gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-
   0813@ecf.pacerpro.com
   Robert M Yaspan, debtor's proposed counsel, court@yaspanlaw.com, tmenachian@yaspanlaw.com
   J. Bennett Friedman, creditor's counsel, jfriedman@flg-law.com, msobkowiak@flg-law.com;cllosa@flg-law.com
   Aram Ordubegian, creditor's counsel, ordubegian.aram@arentfox.com
   Jonathan Seligmann Shenson, creditor's counsel, jshenson@shensonlawgroup.com

   *SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

   **Debtor:**
   TBH19, LLC., a Delaware Limited Liability
   269 S. Beverly Drive Suite 1075
   Los Angeles, CA 90212

3. **SERVED BY FEDERAL EXPRESS OVERNIGHT MAIL** (Pursuant to the UST's agreement with the Bankruptcy Judge's Courtesy Copy was mailed Federal Express overnight mail to the following address.)

   **Movant's Counsel:**
   Robert M. Yaspan
   Law Offices of Robert M. Yaspan
   21700 Oxnard Street, Suite 1750
   Woodland Hills, CA 91367

   **Judge's Copy:**
   Honorable Vincent P. Zurzolo
   U.S. Bankruptcy Court
   255 E. Temple Street, Room 940
   Los Angeles, CA 90012
   Attn: Mail Room Clerk-Judges Copies

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      F 9013-3.1.PROOF.SERVICE