UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>TBH19, LLC<br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number: 2:19-bk-23823-VZ<br>Operating Report Number: 2 (AMENDED)<br>For the Month Ending: 12/31/2019 |
| --- | --- |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 0.00

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 0.00

3. BEGINNING BALANCE: — 0.00

4. RECEIPTS DURING CURRENT PERIOD:

| | |
| --- | --- |
| Accounts Receivable - Post-filing | |
| Accounts Receivable - Pre-filing | |
| General Leases - L. Ross | 20,000.00 |
| General Leases - Other | |
| **Other (Specify)    Prepetition Bank | 599.40 |

TOTAL RECEIPTS THIS PERIOD: — 20,599.40

5. BALANCE: — 20,599.40

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
| --- | --- |
| Transfers to Other DIP Accounts (from page 2) | 6,500.00 |
| Disbursements (from page 2) | 9.79 |

TOTAL DISBURSEMENTS THIS PERIOD:*** — 6,509.79

7. ENDING BALANCE: — 14,089.61

8. General Account Number(s):    XXXXX8951

Depository Name & Location:    City National Bank
400 North Roxbury, Beverly Hills, CA 90210

---

* All receipts must be deposited into the general account.
** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
   to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 12/31/2019 | Transfer | Transfer to Account 8994 | | 1,500.00 | | 1,500.00 |
| 12/31/2019 | Transfer | Transfer to Account 8986 | | 5,000.00 | | 5,000.00 |
| 12/31/2019 | Debit | City National Bank | Bank Fees | | 9.79 | 9.79 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | TOTAL DISBURSEMENTS THIS PERIOD: | | | 6,500.00 | 9.79 | $6,509.79 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.
** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT

BANK RECONCILIATION

Bank statement Date: _____12/31/2019_____   Balance on Statement: _____$14,089.61___

Plus deposits in transit (a):

<u>Deposit Date</u>

| | |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| <u>Check Number</u> | <u>Check Date</u> | <u>Check Amount</u> |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                    | 0.00 |

Bank statement Adjustments:                          _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                    | $14,089.61 |

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

## I. CASH RECEIPTS AND DISBURSEMENTS
### B. (PAYROLL ACCOUNT - CHANGED TO TAX ACCOUNT IN JANUARY 2020)

1. TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS — 0.00

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS — 0.00

3. BEGINNING BALANCE: — 0.00

4. RECEIPTS DURING CURRENT PERIOD: (Transferred from General Account) — 5,000.00

5. BALANCE: — 5,000.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   TOTAL DISBURSEMENTS THIS PERIOD:*** — 0.00

7. ENDING BALANCE: — 5,000.00

8. PAYROLL Account Number(s): — XXXXX8986

   Depository Name & Location: — City National Bank
   Bevelry Hills, CA 90210

*Note:  This account was changed in January 2020 from Payroll to Tax Account.*

## TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

## PAYROLL ACCOUNT
## BANK RECONCILIATION

Bank statement Date:    12/31/2019    Balance on Statement:    $5,000.00

Plus deposits in transit (a):

Deposit Date

TOTAL DEPOSITS IN TRANSIT    0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|

TOTAL OUTSTANDING CHECKS:    0.00

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE:    $5,000.00

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS

C. (TAX ACCOUNT - CHANGED TO PAYROLL ACCOUNT IN JANUARY 2020)

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS                    0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX                        0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                          0.00

4.  RECEIPTS DURING CURRENT PERIOD:                            1,500.00
    (Transferred from General Account)

5.  BALANCE:                                                  1,500.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                         0.00

7.  ENDING BALANCE:                                           1,500.00

8.  TAX Account Number(s):              XXXXX8994

    Depository Name & Location:         City National Bank
                                        Beverly Hills, CA 90210

*Note:  This account was changed to the Payroll Account in January 2020.*

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TOTAL DISBURSEMENTS THIS PERIOD:** 0.00

## TAX ACCOUNT
## BANK RECONCILIATION

| | | |
|---|---|---|
| Bank statement Date: | 12/31/2019 | Balance on Statement: | $1,500.00 |

Plus deposits in transit (a):

Deposit Date

TOTAL DEPOSITS IN TRANSIT    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|

TOTAL OUTSTANDING CHECKS:    | 0.00 |

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE:    | $1,500.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

DEBTOR EXPENSES PAID DIRECTLY BY LEONARD ROSS
AS PART OF LEASE PAYMENTS FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 12/30/2019 | Deposit | DIP General Accout | Funding of General Account | 20,000.00 |
| 12/30/2019 | AMEX | Cincinatti Insurance | Insurance | 28,520.00 |
| 12/30/2019 | AMEX | Paracorp Inc. | Independent Manager | 1,669.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 50,189.00 |

ENDING BALANCES FOR THE PERIOD:        12/31/2019

(Provide a copy of monthly account statements for each of the below)

|  |  |
|---|---:|
| General Account: | 14,089.61 |
| Payroll Account: | 5,000.00 |
| Tax Account: | 1,500.00 |

*Other Accounts:

*Other Monies:

| **Petty Cash (from below): | 0.00 |
|---|---:|

TOTAL CASH AVAILABLE:                    20,589.61

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|

TOTAL PETTY CASH TRANSACTIONS:                    0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

II.  STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| DBD Funding LLC | Quarterly/Accelerated | Varies | Disputed | Disputed |
| Glorya Kaufman | Monthly | Varies | Disputed | Disputed |
| HAR-BD LLC | Monthly/Accelerated | Disputed | Disputed | Disputed |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

III. TAX LIABILITIES

FOR THE REPORTING PERIOD: 12/31/2019

Gross Sales Subject to Sales Tax:    N/A
Total Wages Paid:    See Note Below

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | | | |
| Other: | | | |
| TOTAL: | 0.00 | 0.00 | |

*Note: Due to the chage in bank accounts required by the bankruptcy, the Debtor paid three payrolls incurred in 2019 in the first week of 2020 as soon as the Intuit payroll (the outside company manging payroll) was set up.  A total of $11,640.47 in checks were issued to employees and a total of $3,235.85 were issued to the taxing uthorities.*

## IV.  AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less |  |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Cincinnati Ins. | 1,000,000 | 9/30/2020 | 3/30/2020 |
| Worker's Compensation | Cincinnati Ins. |  |  |  |
| Dwelling | Cincinnati Ins. | 59,778,000 | 9/30/2020 | 3/30/2020 |
| Other Structure | Cincinnati Ins. | 832,688 | 9/30/2020 | 3/30/2020 |
| Others:  Personal Liability | Cincinnati Ins. | 1,000,000 | 9/30/2020 | 3/30/2020 |
| Medical | Cincinnati Ins. | 50,000 | 9/30/2020 | 3/30/2020 |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Dec-2019 | 30,198.79 | 650.00 |  |  | 650.00 |
|  |  |  |  |  | 0.00 |
| * Disbursements include payments made on behalf of the Debtor by L. Ross | | | | | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | 650.00 |  | 0.00 | 650.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

INCOME AND LOSS STATEMENT

See Attached Statement

| | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | | |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | 0.00 | 0.00 |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| **Gross Profit** | 0.00 | 0.00 |
| Other Operating Income (Itemize) | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | | |
| Payroll - Other Employees | | |
| Payroll Taxes | | |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | | |
| Lease Expense - Personal Property | | |
| Insurance | | |
| Real Property Taxes | | |
| Telephone and Utilities | | |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | | |
| Total Operating Expenses | 0.00 | 0.00 |
| Net Gain/(Loss) from Operations | 0.00 | 0.00 |
| **Non-Operating Income:** | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | 0.00 | 0.00 |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | 0.00 | 0.00 |
| **NET INCOME/(LOSS)** | 0.00 | 0.00 |

(Attach exhibit listing all itemizations required above)

TBH 19, LLC
Profit and Loss Statement

| | December 2019 | Cumulative Post-Petition |
|---|---|---|
| **Income:** | | |
| Lease Income | | 0.00 |
| Lease Income - L. Ross Cash Payments | 50,189.00 | 50,189.00 |
| Lease Income - Reduction of Prepaid Lease Account | 53,978.00 | 53,978.00 |
| Branding Income | | 0.00 |
| Security Income | | 0.00 |
| Total Lease Income | 104,167.00 | 104,167.00 |
| | | |
| **Expenses:** | | |
| Automobile | | 0.00 |
| Bank Service | 9.79 | 9.79 |
| Computer and Internet | | 0.00 |
| Filing Fee | | 0.00 |
| Franchsie Tax | | 0.00 |
| Gardening | | 0.00 |
| Health Insurance | | 0.00 |
| Independent Contractors | | 0.00 |
| Independent Manager | 1,669.00 | 1,669.00 |
| Insurance Expense | 28,520.00 | 28,520.00 |
| Interest Expense | | 0.00 |
| Internet Expense | | 0.00 |
| Lease Related Expense | | 0.00 |
| Leasing Expenses | | 0.00 |
| Legal Services | | 0.00 |
| Miscellaneous Expense | | 0.00 |
| Office Expense | | 0.00 |
| Payroll Expenses (Includes Taxes) | 14,876.32 | 14,876.32 |
| Rent Expenses | | 0.00 |
| Repairs & Maint. | | 0.00 |
| Security | | 0.00 |
| Telephone | | 0.00 |
| Utilities | | 0.00 |
| Total Expenses | 45,075.11 | 45,075.11 |
| | | |
| Net Gain (Loss) from Operations | 59,091.89 | 59,091.89 |
| | | |
| Non-Operating Income (Expenses): | | |
| US Trustee Fees | 0.00 | 0.00 |
| | | |
| Net Income (Loss) | 59,091.89 | 59,091.89 |

(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 20,589.61 | |
| Restricted Cash | | |
| Accounts Receivable | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other *(1)* | TBD | |
| Total Current Assets | | 20,589.61 |
| | | |
| Property, Plant, and Equipment *(2)* | 119,000,000.00 | |
| Accumulated Depreciation/Depletion | | |
| Net Property, Plant, and Equipment | | 119,000,000.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | | |
| Other - Intangible Assets - Loan Fees | 655,012.00 | |
| Total Other Assets | | 655,012.00 |
| TOTAL ASSETS | | 119,675,601.61 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional fees | | |
| Secured Debt | | |
| Other (Itemize) | | |
| Total Post-petition Liabilities | | 0.00 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities *(3)* | 67,212,142.98 | |
| Priority Liabilities | | |
| Unsecured Liabilities *(4)* | TBD | |
| Prepaid Lease - L. Ross *(5)* | 773,970.00 | |
| Other - Security Deposit | 25,000.00 | |
| Total Pre-petition Liabilities | | 68,011,112.98 |
| TOTAL LIABILITIES | | 68,011,112.98 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity *(6)* | 51,605,396.74 | |
| Post-petition Profit/(Loss) | 59,091.89 | |
| Direct Charges to Equity | | |
| TOTAL EQUITY | | 51,664,488.63 |
| | | |
| TOTAL LIABILITIES & EQUITY | | 119,675,601.61 |

*(1) Prove up in process on Octavian judgment.  Value to be determined.*
*(2) Value provided is based on July 2019 Appraisal.*
*(3) Amount in dispute along with lender asserted accrued interest, lender charges,
   and lender asserted penalties.*
*(4) Debtor currenlty in process of quantifying.*
*(5) Amount is estimate - Debtor in process of quantifying actual amount.*
*(6) Adjusted from previous MOR to reflect quantification of certain accounts,*

## XI. QUESTIONNAIRE

|  | No | Yes |
|---|---|---|
| 1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | |

|  | No | Yes |
|---|---|---|
| 2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X | |

3. State what progress was made during the reporting period toward filing a plan of reorganization
*Case was recently filed on November 24, 2019.*

4. Describe potential future developments which may have a significant impact on the case:
*Debtor intends on providing a Plan of Reorganization based on (1) equity investment by Co-Owner, (2) refinace of property, (3) lease and evnt revenues.*

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  | No | Yes |
|---|---|---|
| 6. Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | |

I, Leonard M. Ross, Manager of Debtor's Manager
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

# CITY NATIONAL BANK

## AN RBC COMPANY

|  |  |
|---|---|
| | Page 1          (0) |
| | **Account #:**     8951 |

This statement: December 31, 2019
Last statement: November 29, 2019

**Contact us:**
800 773-7100

| 001 | 0830N |
|---|---|
| TBH19, LLC | |
| DIP CASE NO. 2:19-BK-23823-BB (GENERAL) | |
| 269 S BEVERLY DR SUITE 1075 | |
| BEVERLY HILLS CA  90212 | |

City National Bank
400 N Roxbury Drive
Beverly Hills CA  90210

cnb.com

CHANGE IN FEES FOR CNB VISA AWARD CARDS AVAILABLE FOR PURCHASE STARTING FEBRUARY 1, 2020: PER CARD MAINTENANCE FEE $3.95/MONTH {FEE CHARGED BEGINNING THE MONTH AFTER CARD EXPIRATION}; LOST/STOLEN CARD REPLACEMENT FEE $6.95. ALL OTHER AWARD CARD FEES REMAIN THE SAME.

## Checking Account

**Account Summary**

| | |
|---|---|
| Account number | 127878951 |
| Minimum balance | $589.61 |
| Average balance | $1,636.49 |
| Avg. collected balance | $1,636.00 |

**Account Activity**

| Beginning balance  (11/29/2019) | | | $599.40 |
|---|---|---|---|
| **Credits** | Deposits          (0) | + 0.00 | |
| | Electronic cr      (0) | + 0.00 | |
| | Other credits (1) | + 20,000.00 | |
| | **Total credits** | | + $20,000.00 |
| **Debits** | Checks paid      (0) | - 0.00 | |
| | Electronic db    (0) | - 0.00 | |
| | Other debits    (3) | - 6,509.79 | |
| | **Total debits** | | - $6,509.79 |
| **Ending balance  (12/31/2019)** | | | $14,089.61 |

### OTHER CREDITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 12-30 | Transfer Credit TRANSFER FROM DEPOSIT ACCOUNT | .0167 | 20,000.00 |

### OTHER DEBITS

| Date | Description | Reference | Debits |
|---|---|---|---|
| 11-29 | Transfer Debit TRANSFER TO DEPOSIT ACCOUNT | 8951 | 9.79 |
| 12-31 | Transfer Debit TRANSFER TO DEPOSIT ACCOUNT | 8994 | 1,500.00 |
| 12-31 | Transfer Debit TRANSFER TO DEPOSIT ACCOUNT | /8986 | 5,000.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 11-29 | 589.61 | 12-30 | 20,589.61 | 12-31 | 14,089.61 | | |

Thank you for banking with City National Bank

# CITY NATIONAL BANK

### AN RBC COMPANY

**Account #:**        8994

This statement: December 31, 2019
Last statement: November 29, 2019

**Contact us:**
800 773-7100

001                                         0630N
TBH19, LLC
DIP CASE NO. 2:19-BK-23823-BB (T-ACCT)
269 S BEVERLY DR SUITE 1075
BEVERLY HILLS CA  90212

City National Bank
400 N Roxbury Drive
Beverly Hills CA  90210

cnb.com

CHANGE IN FEES FOR CNB VISA AWARD CARDS AVAILABLE FOR PURCHASE STARTING FEBRUARY 1, 2020: PER CARD MAINTENANCE FEE $3.95/MONTH {FEE CHARGED BEGINNING THE MONTH AFTER CARD EXPIRATION}; LOST/STOLEN CARD REPLACEMENT FEE $6.95. ALL OTHER AWARD CARD FEES REMAIN THE SAME.

## Checking Account

| Account Summary | | Account Activity | | |
|---|---|---|---|---|
| Account number | 127878994 | Beginning balance  (11/29/2019) | | $0.00 |
| Minimum balance | $0.00 | | | |
| Average balance | $46.88 | **Credits**  Deposits      (0) | + 0.00 | |
| Avg. collected balance | $46.00 | Electronic cr  (0) | + 0.00 | |
| | | Other credits  (1) | + 1,500.00 | |
| | | **Total credits** | | + $1,500.00 |
| | | **Debits** | - $0.00 | |
| | | **Ending balance**  (12/31/2019) | | $1,500.00 |

## OTHER CREDITS

| Date | Description | | Reference | Credits |
|---|---|---|---|---|
| 12-31 | Transfer Credit TRANSFER FROM DEPOSIT ACCOUNT | | 8951 | 1,500.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 11-29 | .00 | 12-31 | 1,500.00 | | | | |

Thank you for banking with City National Bank

# CITY NATIONAL BANK

AN RBC COMPANY

Page 1          (0)

Account #:          3986

This statement: December 31, 2019
Last statement: November 29, 2019

Contact us:
800 773-7100

001                                    0830N
TBH19, LLC
DIP CASE NO. 2:19-BK-23823-BB (PAYROLL)
269 S BEVERLY DR SUITE 1075
BEVERLY HILLS CA  90212

City National Bank
400 N Roxbury Drive
Beverly Hills CA  90210

cnb.com

CHANGE IN FEES FOR CNB VISA AWARD CARDS AVAILABLE FOR PURCHASE STARTING FEBRUARY 1, 2020: PER CARD
MAINTENANCE FEE $3.95/MONTH {FEE CHARGED BEGINNING THE MONTH AFTER CARD EXPIRATION}; LOST/STOLEN CARD
REPLACEMENT FEE $6.95. ALL OTHER AWARD CARD FEES REMAIN THE SAME.

## Checking Account

**Account Summary**

| | |
|---|---|
| Account number | 127878986 |
| Minimum balance | $0.00 |
| Average balance | $156.25 |
| Avg. collected balance | $156.00 |

**Account Activity**

| | | |
|---|---|---|
| Beginning balance (11/29/2019) | | $0.00 |
| **Credits** Deposits (0) | + 0.00 | |
| Electronic cr (0) | + 0.00 | |
| Other credits (1) | + 5,000.00 | |
| **Total credits** | | + $5,000.00 |
| **Debits** | - $0.00 | |
| **Ending balance (12/31/2019)** | | $5,000.00 |

## OTHER CREDITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 12-31 | Transfer Credit TRANSFER FROM DEPOSIT ACCOUNT | '8951 | 5,000.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 11-29 | .00 | 12-31 | 5,000.00 | | | | |

Thank you for banking with City National Bank