ROBERT M. YASPAN, SBN 051867
JOSEPH G. McCARTY, SBN 151020
DEBRA R. BRAND, SBN 162285
LAW OFFICES OF ROBERT M. YASPAN
21700 Oxnard Street, Suite 1750
Woodland Hills, California 91367
Telephone: (818) 905-7711
Facsimile: (818) 501-7711

*[Proposed] General Counsel for Debtor-in-Possession*

**FILED & ENTERED**

**JAN 27 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY johnson    DEPUTY CLERK**

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>TBH19 LLC, a Delaware limited liability company**,**<br><br>         Debtor | ) Chapter No.: 11<br>)<br>) Case No.:  2:19-bk-23823-VZ<br>)<br>) **ORDER DENYING CREDITOR DBD**<br>) **CREDIT FUNDING LLC'S MOTION FOR**<br>) **THE APPOINTMENT OF A CHAPTER 11**<br>) **TRUSTEE**<br>)<br>)<br>) Date:    January 14, 2020<br>) Time:    11:00 a.m.<br>) Place:   Courtroom 1368<br>)              255 E. Temple Street<br>)              Los Angeles, CA 90012<br>) |

A hearing was held on a Motion for Order for Appointment of a Chapter 11 Trustee, which included a Memorandum of Points and Authorities in Support Thereof filed by DBD Credit Funding LLC ("DBD") (the "Motion").  TBH19 LLC, the debtor-in-possession in the above-captioned case ("Debtor"), timely filed its Opposition and ancillary papers to the Motion.

1

Samuel A. Newman Esq of SidleyAustin LLC appearing on behalf of DBD, and Robert M. Yaspan appearing on behalf of Debtor, and David Shemano appearing on behalf of HAR-BD, LLC, and Kelly Morrison appearing on behalf of the Office of the United States Trustee, and the other appearances are noted on the record.

Based on the papers filed, arguments of counsel, and the Court's Findings of Fact and Conclusions of Law made on the record, **IT IS ORDERED**:

1. The Motion is DENIED;

2. Those various Evidentiary Objections filed on January 13, 2020 by DBD to the Declaration of Leonard Ross [Docket No. 158] are overruled and stricken from the record;

3. The Joinder of HAR-BD, LLC in the Motion ("JOINDER") [Docket No. 116] filed on December 27, 2019 is stricken from the record; and

4. The "Reply" of HAR-BD, LLC [Docket No. 130] filed on January 7, 2020, in support of its JOINDER, is stricken from the record.

####

Date: January 27, 2020

Vincent P. Zurzolo
United States Bankruptcy Judge