David B. Shemano (State Bar No. 176020)
dshemano@shemanolaw.com
SHEMANOLAW
1801 Century Park East, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 492-5033

Attorney for HAR, LLC and Harvey Bookstein

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:19-bk-23823-VZ |
| TBH19, LLC, a Delaware limited liability company, | Chapter 11 |
| Debtor. | **OBJECTION OF HAR, LLC AND HARVEY BOOKSTEIN TO DEBTOR'S MOTION TO DISALLOW CLAIM NO. 14-1 FILED BY HAR, LLC AND HARVEY BOOKSTEIN** |
| | Hearing:<br>Date: August 25, 2020<br>Time: 11:00 a.m.<br>Place: Courtroom 1368<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

SHEMANOLAW
LOS ANGELES

HAR, LLC and Harvey Bookstein (collectively, the "Creditors"), hereby submit their objection to the Debtor's motion to disallow the proof of claim filed by the Creditors (the "Motion").

## I.

## THE MOTION SHOULD BE DENIED AND THE PROOF OF CLAIM ALLOWED AS FILED

As set forth in the proof of claim, the Creditors advanced approximately $3.64 million to the Debtor. At the request of Leonard Ross, the advances were memorialized as a "capital contribution," but it is undisputed that the advances were in substance debt and not equity. Accordingly, the Creditors filed a proof of claim as opposed to a proof of interest.

It is unclear why the Debtor filed the Motion or what it hopes to accomplish. The Debtor does not dispute that the funds were advanced and the Creditors hold an undisputed claim for the amount of the advances plus interest at the rate of 10% per annum.

The Motion asserts that the Creditors have improperly asserted that the claim is secured, but that is not true. In their answer to Question 9 on the proof of claim form, which asks whether all or part of the claim is secured, the Creditors answered "no." The underlying documentation provides that the repayment of the advances is triggered by the sale of the Debtor's real property, but that is simply a contingency to the repayment, not a security interest.

Under the circumstances, the Motion should be denied and the proof of claim allowed in the asserted amount of $3,972,571.76 (without prejudice to a subsequent determination of the additional liquidated damages resulting from the Debtor's prepetition breach of its obligation to market the real estate in accordance with agreement).

DATED: August 11, 2020                **SHEMANOLAW**

                                      By:   /s/ David B. Shemano
                                            David B. Shemano

                                      Attorney for HAR, LLC and Harvey Bookstein

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is

SHEMANOLAW
1801 Century Park East, Suite 1600
Los Angeles, CA  90067.

A true and correct copy of the foregoing document **OBJECTION OF HAR, LLC AND HARVEY BOOKSTEIN TO DEBTOR'S MOTION TO DISALLOW CLAIM NO. 14-1 FILED BY HAR, LLC AND HARVEY BOOKSTEIN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 11, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email address stated below:

- Alexis M Buese    alexis.buese@sidley.com, vcordi@sidley.com;laefilingnotice@sidley.com;alexis-buese-3174@ecf.pacerpro.com
- Thomas H Casey    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- J. Bennett Friedman    jfriedman@flg-law.com, msobkowiak@flg-law.com;cllosa@flg-law.com
- James Andrew Hinds    jhinds@hindslawgroup.com, mduran@hindslawgroup.com
- Daniel A Lev    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Samuel A Newman    sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com;ldixon@sidley.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Luan K Phan    lphan@pblawgroupnet
- Leonard Ross    lross@rb-law.net, jestrada@rb-law.net
- Eric B Schwartz    eschwartz@sidley.com, laefilingnotice@sidley.com;eric-schwartz-1161@ecf.pacerpro.com;lruiz@sidley.com
- David B Shemano    dshemano@shemanolaw.com
- Jonathan Seligmann Shenson    jshenson@shensonlawgroup.com
- Rachel M Sposato    rsposato@hindslawgroup.com, mduran@hindslawgroup.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com
- Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com
- Robert M Yaspan    court@yaspanlaw.com, tmenachian@yaspanlaw.com

**2. SERVED BY UNITED STATES MAIL**:
On August 11, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Vincent P. Zurzolo
United States Bankruptcy Court
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 11, 2020 | David B. Shemano | /s David B. Shemano |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**